UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-mj-03681 AOR

UNITED STATES OF AMERICA

v.

ALEXANDRA CORDOBA HIGUITA,

Defendant.
_____/

CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      ___ Yes  ✓ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:  _____
     Kiran N. Bhat
     ASSISTANT UNITED STATES ATTORNEY
     Florida Bar No.    1008370
     99 N.E. 4th Street
     Miami, FL 33172
     Tel:     (305) 961-9103
     Fax:     (305) 530-7976
     Email:   kiran.bhat@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19-mj-03681 AoR |
| ALEXANDRA CORDOBA HIGUITA, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 20, 2019_____ in the county of _____Miami-Dade_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001(a)(2) | False Statement to a Federal Agency |
| 18 U.S.C. § 545 | Attempted Smuggling of Merchandise |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Jorge DeCardona, Special Agent, HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____10/21/2019_____

_____
*Judge's signature*

City and state:          Miami, Florida

Hon. Alicia M. Otazo-Reyes
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jorge DeCardona, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      Since 2010, I have been a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I am currently assigned to Miami International Airport in Miami, Florida. In this position, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, various federal criminal offenses. These offenses include fraud and misuse of visas and other documents, importation of controlled substances, violations of currency reporting requirements, and violations of law regarding customs declarations.

2.      I submit this Affidavit in support of a criminal complaint against Alexandra Cordoba Higuita ("CORDOBA"). As explained below, there is probable cause to believe that on or about October 20, 2019, at Miami International Airport in Miami-Dade County, in the Southern District of Florida, CORDOBA: (i) knowingly and willfully made a false statement of material fact to officers of United States Customs and Border Protection ("CBP") in violation of Title 18, United States Code, Section 1001(a)(2); and (ii) knowingly and willfully, with intent to defraud the United States, attempted to smuggle merchandise, that is, approximately 1.275 kilograms of gold jewelry, into the United States in violation of Title 18, United States Code, Section 545.

3.      The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this Affidavit each and every fact known to me about this

investigation. Rather, I have included only the facts that are sufficient to establish probable cause to arrest CORDOBA for the violations described above.

## PROBABLE CAUSE

4.    On or about October 20, 2019, at approximately 4:30 a.m., CORDOBA arrived at Miami International Airport aboard American Airlines Flight 1126 from Bogota, Colombia. While conducting inspections of incoming passengers, CBP officers gave CORDOBA a customs declaration form. In filling out that form, CORDOBA represented that she had no currency or monetary instruments over $10,000 and no commercial merchandise to declare. CBP officers specifically asked CORDOBA if she was carrying any merchandise, including gold or other precious metals or stones. CORDOBA stated she had nothing to declare.

5.    Subsequent inspection conducted by CBP revealed that CORDOBA was in fact carrying multiple items made of gold on her person and in her luggage.

6.    CBP officers first found a gold necklace along with two pairs of gold earrings inside a make-up bag within CORDOBA's carry-on bag. CORDOBA claimed ownership of the gold jewelry and stated she did not know she had to declare them. She then stated that a friend gave her the items for transport to the United States.

7.    CBP officers asked CORDOBA if she had additional gold items to declare. She replied "no." Subsequently, CBP Officers asked CORDOBA to remove her jacket and immediately noticed two gold bracelets on her wrist. CORDOBA stated that she was also transporting the two bracelets on her wrist for her friend.

8.    Again, CBP officers asked CORDOBA if she had additional gold items to declare. Once more, she said "no." As CBP officers inspected the jacket CORDOBA was wearing, they found an additional gold necklace inside a pocket.

2

9.     In total, CBP officers found 1.275 kilograms of undeclared gold jewelry on CORDOBA's person and in her luggage. The current value for one kilogram of gold in the United States is approximately $47,900.

10.     CORDOBA waived her *Miranda* rights and told HSI special agents that an individual in Medellin, Colombia, had offered to pay her $300 to transport gold from Colombia to Miami, Florida.

11.     CORDOBA also explained that she had been transporting gold from Colombia to the United States since November 2018. CORDOBA stated that she had transported gold jewelry from Colombia to the United States either three (3) or four (4) times in 2019. CORDOBA explained that typically, after she arrived at Miami International Airport from Colombia, she would hand over the gold jewelry to an individual who would pick her up at the Miami International Airport. CORDOBA explained that for every such trip, she received $300 compensation in addition to the cost of airfare. CORDOBA was in possession of the $300 she received for the October 20, 2019, trip as well as an additional $450 for the person who was supposed to pick her up at the airport that day.

[This space intentionally left blank]

3

## CONCLUSION

12.     Based on the above information, I submit that there is probable cause to believe that on or about October 20, 2019, at Miami International Airport in Miami-Dade County, in the Southern District of Florida, CORDOBA: (i) knowingly and willfully made a false statement of material fact to officers of United States Customs and Border Protection ("CBP") in violation of Title 18, United States Code, Section 1001(a)(2); and (ii) knowingly and willfully, with intent to defraud the United States, attempted to smuggle merchandise, that is, approximately 1.275 kilograms of gold jewelry, into the United States  in violation of Title 18, United States Code, Section 545.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
JORGE DECARDONA, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn before me
this 21st day of October 2019.

_____
HON. ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

4